**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SCHOOL DISTRICT OF UPPER DUBLIN | : | No. 461 MAL 2021 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| MONTGOMERY COUNTY BOARD OF | : | |
| ASSESSMENT APPEALS, MONTGOMERY | : | |
| COUNTY, UPPER DUBLIN TOWNSHIP, | : | |
| SCHOOL DISTRICT OF UPPER DUBLIN | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: GENERAL AUTO OUTLET | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.